UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| Highland Capital Management, L.P., | § § | Case No. 19-34054-sgj11 |
| Debtor. | § § | |
| Highland Capital Management Find Advisors, L.P., and NexPoint Advisors, L.P., | § § § § | |
| Appellants, | § § | Civil Act. No. 3:23-cv-00573-E |
| v. | § § § § | *Appeal from the United States Bankruptcy Court for the Northern District of Texas Bankr. Case No. 19-34054* |
| Highland Capital Management, L.P., | § § | |
| Appellee. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO ABATE

Before the Court is the *Unopposed Motion to Abate District Court Appeal in Light of Direct Appeal to the Fifth Circuit*, filed by appellants NexPoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P. ("Appellants"). Having considered the relief requested in the Motion and the agreement of the parties, it is hereby ORDERED that the motion is GRANTED, and this proceeding and all deadlines herein are ABATED pending further order of the Court.

SO ORDERED: January 24, 2024.

*[signature]*
Ada E. Brown
UNITED STATES DISTRICT JUDGE

4863-7246-4745v.1