**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HIGHLAND CAPTIAL MANAGEMENT FUND ADVISORS LP et al | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-00573-E |
| HIGHLAND CAPITAL MANAGEMENT LP | § § § § | |
| Defendants. | § § | |

## ORDER

Judge Brown abated this case pending appeal.  *See* ECF No. 17.  The Parties are directed to notify the Court within 14 days of any decision from the Circuit.  The Clerk is **ORDRED** to close this case for statistical purposes.

**SO ORDERED** this **30th day** of **April, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**